UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| R KEITHEN D. NELSON, JR.<br>D.O.C.. # 724622 | : | DOCKET NO. 2:20-cv-356<br>SECTION P |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| UNKNOWN LIEUTENANT, ET AL | : | MAGISTRATE JUDGE KAY |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. 8) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that claims against the ACC and LDOC, as well as plaintiff's request for injunctive relief seeking a facility transfer and criminal charges and termination of defendants Cloud and Odom, be **DENIED.**

**THUS DONE AND SIGNED** in chambers, on this 5th day of June, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE